UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Terri Gulner,

Plaintiff,

Civil 00-2536 SRN

v.

City of Cottage Grove,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff Terri Gulner as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 938.20 | $ 938.20 |
| Other (service fees) | $ 9.20 | $ 9.20 |
| TOTAL: | $ 947.40 | $ 947.40 |

Costs, therefore, are taxed in the sum of Nine Hundred Forty-Seven Dollars and 40/100 ($947.40) in favor of Defendant City of Cottage Grove and against Plaintiff Terri Gulner and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 19, 2002.

RICHARD D. SLETTEN, CLERK

By [signature]
Amy M. Leonetti
Law Clerk

FILED 9-19-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9-19-02
DEPUTY CLERK